IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-1778-M |
| REZA SALEH, | § § § | |
| Defendant, and | § § § | |
| AMIR SALEH, | § § § | |
| Relief Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is ORDERED, ADJUDGED, AND DECREED that Secore's *Second Unopposed Motion for Attorney Fees of Distribution Agent for Payment of Fees and Expenses* is **GRANTED**. The Court authorizes payment of $71,796.11, to be paid to the Distribution Agent by the Distribution Agent from the disgorgement funds.

SO ORDERED this 9th day of March, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS